# EXHIBIT C


