IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>        Plaintiff,<br><br>vs.<br><br>CMART, LLC,<br><br>        Defendant. | **8:18CV356**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Ronald E. Temple, as counsel of record for Defendant, (Filing No. 9), is granted.

September 21, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge