IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ZACH HILLESHEIM, | 8:18CV356 |
| --- | --- |
| Plaintiff, | |
| v. | ORDER FOR DISMISSAL WITH PREJUDICE |
| CMART, LLC, | |
| Defendant. | |

This matter comes on before the Court for consideration on the plaintiff's stipulation for dismissal (Filing No. 15). The Court finds that, for good cause shown, Plaintiff's Complaint is hereby ordered to be dismissed with prejudice, with each party bearing its own costs and fees.

Dated this 7th day of December 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge